

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00102-CV

| | | |
|---|---|---|
| Andrew H. Jackson | § | From the 96th District Court |
| v. | | |
| | § | of Tarrant County (096-271894-14) |
| John W. Jackson, Victoria Jackson Bannister, and Melinda L. Jackson as Executrix of the Estate of Monroe Scott Jackson, II, Linda M. Welty, O.B. Jackson Jr., Gaines Bradford Jackson, Susan D. Hensley, and Marjorye M. Heldt | § | September 22, 2016 |
| | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Andrew H. Jackson shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Anne Gardner_____
Justice Anne Gardner